IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02241-PAB-CBS | Date: September 30, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

CHRISTINE WARREN,                                       Eric Coakley

Plaintiff,

v.

GREEN TREE SERVICING, LLC, *et al.*,                    Cynthia Lowery-Graber

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: STATUS CONFERENCE**
**Court in session: 11:02 a.m.**
Court calls case. Appearances of counsel.

The Clerk's Office has entered Default as to both Defendants. Ms. Lowery-Graber entered her appearance and notice of intent to defend Bank of America. Ms. Lowery-Graber intends to seek to set aside the Clerk's Default and anticipates filing an answer. There is potential for an early resolution to this matter. The Plaintiff filed MOTION [9] for Default Judgment before the Clerk's Entry of Default. Discussion regarding Motion for Summary Judgment, settlement, withdrawing Motion for Default against Bank of America, and what discovery will need to be completed. Mr. Coakley makes oral MOTION to withdraw MOTION [9] for Default Judgment as to Green Tree and Bank of America.

**ORDERED:** Mr. Coakley's oral MOTION is **GRANTED**. MOTION [9] for Default Judgment as to Green Tree and Bank of America is **WITHDRAWN**.

In light of the Clerk's Entry of Default against Green Tree, the Court will allow Plaintiff's counsel to move to file a new Motion for Entry of Default Judgment as to Green Tree.

Counsel for Bank of America is **REQUIRED** to answer or otherwise respond to the Complaint within the given timeframe contemplated by Rule 12.

Discovery Cut-off: **November 28, 2014**

       Dispositive Motions Deadline: **December 5, 2014**

       Final Pretrial Conference is set for **February 26, 2015 at 9:15 a.m.**
       Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
       (See the court's website for Instructions for Preparation and Submission)

Hearing Concluded.

**Court in recess: 11:47 a.m.**
Time in court: 00:45

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.