IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02241-PAB-CBS

CHRISTINE WARREN,

     Plaintiff,

v.

GREEN TREE SERVICING LLC,

     Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on the Clerk's Entry of Default as to Green Tree Servicing, LLC [Docket No. 12] and the Motion for Entry of Default Judgment Against Green Tree Servicing, LLC [Docket No. 18] filed by plaintiff Christine Warren.  The Clerk's entry of default and plaintiff's motion for default judgment are directed to plaintiff's original complaint.  *See* Docket No. 12; Docket No. 18.

     On March 2, 2015, plaintiff filed an amended complaint [Docket No. 50].  Thus, as of March 2, 2015, plaintiff's amended complaint became the operative pleading.  The Clerk's entry of default as to defendant and plaintiff's motion for default judgment are therefore directed at an inoperative, superseded pleading.  *See, e.g.*, *Gilles v. United States,* 906 F.2d 1386, 1389 (10th Cir. 1990) ("[A] pleading that has been amended under Rule 15(a) supersedes the pleading it modifies . . . ." (internal quotation marks omitted)).  As a result, the Clerk's entry of default must be set aside and plaintiff's motion for default judgment is moot.  *See Marotta v. Cortez*, No. 08-cv-02421-CMA-CBS, 02008 WL 5044496, at *1 (D. Colo. Nov. 20, 2008) ("Mr. Marotta's Motion for Default may therefore be denied . . . as moot on the grounds that it was rendered null by the filing of his Amended Complaint."); *see also Mercer v. Csiky*, 2010 WL 2671329, at *2 (E.D. Mich. June 30, 2010) (collecting cases and ruling that Clerk's entry of default be set aside pursuant to the filing of an amended complaint); *United States ex rel. SimplexGrinnell, LP v Aegis Ins. Co.*, 2009 WL 577286, at *2 (M.D. Pa. March 5, 2009) (setting aside Clerk's entry of default and denying as moot motion for default judgment directed to superseded complaint).  It is therefore

     **ORDERED** that the Clerk of the Court is directed to set aside the entry of default as to Green Tree Servicing LLC.  It is further

**ORDERED** that plaintiff's Motion for Entry of Default Judgment Against Green Tree Servicing, LLC [Docket No. 18] and defendant's Motion to Set Aside Entry of Default [Docket No. 22] are **DENIED** as moot.

DATED March 4, 2015.